No. 77–493. BLOCK C–11, LOT 11, ET AL. *v.* ATLANTIC CITY. Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.

No. 77–636. ROBERTS *v.* JOHNSON, FIRE MARSHAL OF SOUTH CAROLINA. Appeal from Sup. Ct. S. C. dismissed for want of substantial federal question.

No. 77–822. LANE *v.* GALLMAN ET AL., TAX COMMISSION OF NEW YORK. Appeal from App. Div., Sup. Ct. N. Y., 3d. Jud. Dept., dismissed for want of substantial federal question.

No. 77–842. DAVIS ET UX. *v.* FRANCHISE TAX BOARD OF CALIFORNIA. Appeal from Ct. App. Cal., 3d App. Dist., dismissed for want of substantial federal question.